# Exhibit B



United States Department of State

*Washington, D.C.  20520*

SEP 1 2 2018

F-2018-06587

Leon Fresco
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006

Dear Mr. Fresco,

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated August 28, 2018, pursuant to FOIA 5 U.S.C. § 552, to the Department of State (DOS), in which you requested F-1 non-immigrant visa refusal statistics by post and nationality for FY2015-2018, and you requested expedited processing of your request.

The Department of State, Office of Information Programs and Services (IPS) received your FOIA request on August 28, 2018.  Your FOIA request was assigned the tracking number at the top of this letter.  Please include the tracking number in all future communications concerning this FOIA request.  We are denying your request for expedited processing and have placed your request in the complex category.

This Office has adopted a first in/first out practice of processing all incoming requests.  Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible.  If you have any questions regarding the status of your request, you may contact our FOIA Requester Service Center or our FOIA Public Liaison via email at FOIAstatus@state.gov or telephone at (202) 261-8484.  [You may wish to consider narrowing the scope of your request and/or the relevant time frame of the records you are requesting, which can assist the Department in processing your request.  For discussion of such matters, please contact the FOIA Requester Service Center or our FOIA Public Liaison via the methods noted above.]

If you are not satisfied with DOS's determination in response to your request for expedited processing, you may administratively appeal by writing to:  Director, Office of Information Programs and Services (IPS), U.S. Department of State, State Annex 2 (SA-2), 515 22nd Street, NW, Washington, D.C. 20522-8100, or faxed to (202) 261-8571.  Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter.  Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS,

College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770;
toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

Sincerely,

Eric F. Stein, Director
Office of Information Programs and Services